5    UNITED STATES DISTRICT COURT
6    EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7  JERUSALEN BARAJAS, | |
| 8                Plaintiff, | NO: 2:16-CV-0432-TOR |
| 9        v. | ORDER OF DISMISSAL WITH PREJUDICE |
| 10 TRAVELERS HOME AND MARINE INSURANCE COMPANY, | |
| 11               Defendant. | |
| 12 | |

13   BEFORE THE COURT is the parties' Stipulated Motion for Entry of Order

14 of Dismissal of All Claims with Prejudice (ECF No. 49). The parties have

15 stipulated to the dismissal of this action with prejudice and without costs or fees to

16 any party.

17 //

18 //

19 //

20 //

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** October 10, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2